IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS CONCERT,

    Plaintiff,

    v.

SWOYERSVILLE BOROUGH, et al.,

    Defendants.

CIVIL ACTION NO. 3:11-cv-2332

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 13TH day of April, 2012, **IT IS HEREBY ORDERED** THAT:

1.     The Report and Recommendation (Doc. 14) is **ADOPTED**;

2.     Defendants' Motion to Dismiss (Doc. 10) is **GRANTED**;

3.     Plaintiff's Amended Complaint (Doc. 17) is **ACCEPTED AS FILED**;

4.     The matter is **RECOMMITTED** to the Magistrate Judge for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge