IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS CONCERT, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-cv-2332 |
| v. | (JUDGE CAPUTO) |
| SWOYERSVILLE BOROUGH, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 13TH day of April, 2012, **IT IS HEREBY ORDERED** THAT:

1. The Report and Recommendation (Doc. 14) is **ADOPTED**;

2. Defendants' Motion to Dismiss (Doc. 10) is **GRANTED**;

3. Plaintiff's Amended Complaint (Doc. 17) is **ACCEPTED AS FILED**;

4. The matter is **RECOMMITTED** to the Magistrate Judge for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge